JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVARISTO CORTES, | Case No.: CV 17-1206 DSF (MRWx) |
| Plaintiff, | |
| v. | JUDGMENT |
| ANA MEDINA, | |
| Defendant. | |

The Court having previously ordered that proof of service of process be filed no later than June 30, 2017, and plaintiff not having timely filed such proof of service,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing and that the action be dismissed without prejudice.

Dated: 7/7/17

Dale S. Fischer
United States District Judge